COMMONWEALTH *vs.* EDWARD LORETTE. May 28, 1996. *Child Abuse. Evidence,* Sexual conduct, Credibility of witness. *Witness,* Credibility.

The defendant was convicted of rape and abuse of a child under the age of sixteen years without force, G. L. c. 265, § 23 (1994 ed.), unnatural and lascivious acts on a child under the age of sixteen years, G. L. c. 272, § 35A (1994 ed.), and open and gross lewdness and lascivious behavior, G. L. c. 272, § 16 (1994 ed.). The Appeals Court reversed the convictions, holding that errors at trial created a substantial risk of a miscarriage of justice. *Commonwealth* v. *Lorette,* 37 Mass. App. Ct. 736 (1994). We granted the Commonwealth's application for further appellate review.

Although we do not agree entirely with the reasoning of the Appeals Court, especially in regard to at least one incident that the Appeals Court characterized as vouching for the credibility of another witness, we do not have a firm conviction that a miscarriage of justice did not occur.

*Judgments reversed.*

*Verdicts set aside.*

*Eric Neyman,* Assistant District Attorney, for the Commonwealth.

*Carlo A. Obligato* for the defendant.